[PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APRIL 1, 2003
THOMAS K. KAHN
CLERK

No. 02-12054

D. C. Docket No. 97-01935-CV-UUB

AURELIO O. GONZALEZ,

Petitioner-Appellant,

versus

SECRETARY FOR THE DEPARTMENT OF CORRECTIONS,
James Crosby, Secretary,

Respondent-Appellee.

No. 02-12483

D. C. Docket Nos. 96-08752-CV-WJZ
and 90-08108 CR-WJZ

EMIL LAZO,

Petitioner-Appellant,

versus

UNITED STATES OF AMERICA,

Respondent-Appellee.

----------------------------------
Appeals from the United States District Court for the
Southern District of Florida
----------------------------------

_____

No. 02-14224
_____
D. C. Docket No. 99-00023-CV

STEPHEN A. MOBLEY,

Petitioner-Appellant,

versus

FREDERICK HEAD, Warden,
Georgia Diagnostic and
Classification Center,

Respondent-Appellee.

----------------------------------
Appeal from the United States District Court for the
Northern District of Georgia
----------------------------------
**(April 1, 2003)**

Before  EDMONDSON, Chief Judge, TJOFLAT, ANDERSON, BIRCH,
DUBINA, BLACK, CARNES, BARKETT, HULL, MARCUS and WILSON,
Circuit Judges.

B Y  T H E  C O U R T:

The Court has determined to hear the following cases en banc: Mobley v.

Head, No. 02-14224, Lazo v. U.S., No. 02-12483, and Gonzalez v. Sec'y for the Dept. of Corrections, No. 02-12054.

The cases will be orally argued before the Court sitting en banc on June 17, 2003, in Atlanta, Georgia.

The Court sua sponte VACATES the following orders: the December 16, 2002, Order issued in Lazo v. U.S., No. 02-12483, as well as the January 10, 2003 and the August 15, 2002, Orders issued in Gonzalez v. Sec'y for the Dept. of Corrections, No. 02-12054.

Nos. 02-12483 and 02-12054 are hereby REINSTATED.

Counsel for Appellants Lazo and Gonzalez will be appointed by separate Order.

In light of the above, Appellant Gonzalez' "Motion to Reconsider, Vacate or Modify" is DENIED AS MOOT.